# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 12-1216       Short Title: US v. William E. ARMSTRONG, III

**Type of Action**

- [ ] Civil
- [✓] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from February 15, 2012
   2. Date this notice of appeal filed February 15, 2012
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes  [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes  [ ] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes  [ ] No
         If yes, explain_____

C. Has this case previously been appealed? [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

  1. Adverse party United States of America
     Attorney Margaret D. McGaughey, Assistant U.S. Attorney
     Address 100 Middle Street, E. Tower, 6th Fl., Portland, ME 04101-5018
     Telephone 207-780-3257

  2. Adverse party
     Attorney
     Address
     Telephone

  3. Adverse party
     Attorney
     Address
     Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

  1. Appellant's name William E. Armstrong, III
     Address 37 Mill Pond Road, New Vineyard, ME 04596
     Telephone 207-652-2323

     Attorney's name Virginia G. Villa, Asst. Fed. Defender
     Firm Office of the Federal Defender (Maine)
     Address 23 Water St., Suite 206, Bangor, ME 04401
     Telephone 207-992-4111

  2. Appellant's name
     Address
     Telephone

     Attorney's name
     Firm
     Address
     Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _/s/_

Date February 21, 2012

# United States Court of Appeals
# For the First Circuit

## ATTACHMENT TO DOCKETING STATEMENT

No. 12-1216      US v. William E. Armstrong, III

D. Cases raising related issues pending in this court:

US v. Brandon Pettengill
Docket No. 10-2024

US v. Stephen L. Voisine
Docket No. 12-1213

The facts and law involved in the appeals are virtually identical.

Dated: February 21, 2012

/s/ Virginia G. Villa
VIRGINIA G. VILLA
Assistant Federal Defender
No. 124707
Attorney for Appellant Stephen L. Voisine