# United States Court of Appeals
## For the First Circuit

## FORM FOR SELECTION OF COUNSEL ON APPEAL

No. 12-1216          Title: US v. William E. Armstrong, III

On appeal I wish to be represented in the following manner (please check one):

____ I wish to represent myself and proceed as *pro se*.

__✓__ I request that Virginia G. Villa, who represented me in the District Court be appointed to represent me.

____ I request that the Court appoint new counsel to represent me.

____ I have retained Attorney _____ to represent me.

Date: February 14, 2012

William E. Armstrong III
Name
06993-036
Reg. No.
37 Mill Pond Rd.
Address
New Vineyard, ME 04956
City, State, Zip Code
[signature]
Signature

Return to:   Clerk's Office
             United States Court of Appeals for the First Circuit
             John Joseph Moakley Courthouse
             1 Courthouse Way, Suite 2500
             Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on his/her current counsel and government's counsel.

**Failure to timely return this form to the Clerk's Office may delay prosecution of your appeal.**