# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 12-1216     Short Title: US v. William E. ARMSTRONG, III

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

William E. Armstrong _____ as the

[✓] appellant(s)      [ ] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

_____     February 21, 2012
Signature                           Date

Virginia G. Villa
Name

Office of the Federal Defender (Maine)      207-992-4111
Firm Name (if applicable)                   Telephone Number

23 Water St., Suite 206                     207-992-9190
Address                                     Fax Number

Bangor, ME 04401                            virginia_villa@fd.org
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 124707

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No._____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.