# United States Court of Appeals
## For the First Circuit

No. 12-1216

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM E. ARMSTRONG, III,

Defendant, Appellant.

**JUDGMENT**

Entered: January 18, 2013

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Ms. Bunker, Ms. Malone, Ms. McGaughey & Ms. Villa.