# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-1216

Case Name: U.S. v. William E. Armstrong, III

Date of Argument: September 8, 2014

Location of Argument: [✓] Boston  [ ] Puerto Rico  [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Stephen Voisine

Attorney Name: Virginia G. Villa         First Circuit Bar No.: 124070
Phone Number: 207-992-4111               Fax Number: 207-992-9190
Email: virginia_villa@fd.org

Check the box that applies:

[✓] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____          July 21, 2014
(Signature)                              (Date)

**PLEASE NOTE:** Only arguing counsel will be notified by phone when the opinion is released.