# United States Court of Appeals
## For the First Circuit

No. 12-1216

UNITED STATES,

Appellee,

v.

WILLIAM E. ARMSTRONG, III,

Defendant - Appellant.

**ORDER OF COURT**
Entered: July 28, 2014
Pursuant to 1st Cir. R. 27(d)

The Motion to Continue Representation filed by Attorney Virginia Villa is <u>granted</u>.

The Federal Public Defender's Office is allowed to withdraw representation for the appellant. Attorney Virginia Villa is appointed as counsel under the guidelines of the Criminal Justice Act, 18 U.S.C. § 3006A.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Virginia G. Villa
William E. Armstrong, III
Gail Fisk Malone
Renee M. Bunker
Margaret D. McGaughey