# United States Court of Appeals
## For the First Circuit

―――――――――――――

Nos. 12-1216

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM E. ARMSTRONG III,

Defendant, Appellee.

―――――――――――――

**JUDGMENT**
**Entered: January 30, 2015**

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The judgment of guilt is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:  Ms. Bunker, Ms. Malone, Ms. McGaughey & Ms. Villa.