

2016 JAN 11 P 3: 08

FUR CLERKS OF FICE
FULL OF OKHAD
THE FIRST CLERK

## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356

Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

January 6, 2016

Scott S. Harris, Clerk
Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

Re:     USA v. ARMSTRONG
        USDC No. 1:11-cr-00050-JAW-001
        USCA No. 12-1216
        USSC No. 14-10154

Dear Clerk Harris:

        I am writing in regard to the above-referenced case. Per your request, I hereby certify that the record and docket sheet available through PACER to be the certified record and docket entries, and that all non-electronic and sealed documents of record have been forwarded this date with a copy of this letter.

        Non-Electronic Documents: Exhibits from 2/6/2015 Final Revocation Hearing

        Restricted and or Sealed Documents: 1-1 (Unreacted Indictment), 5 (Related Cases Sheet), 9 (Financial Declaration), 29 (Subpoena Issued), 69 (Financial Declaration), 86 (Revocation Judgment Personal Identifier Attachment).

Sincerely,
CHRISTA K. BERRY, CLERK

By: /s/Jennifer L. Gray
    Jennifer L. Gray
    Deputy Clerk

Enc.

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

 2016 JAN 11 P 3:08

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

FILED IN CLERKS OFFICE
COURT OF APPEALS
FOR THE FIRST CIRCUIT

January 6, 2016

Christa K. Berry, Clerk
US District Court of Maine
156 Federal St.
Portland ME 04101

Re: US v. Voisine
Appeal No. 12-1213
(Your No. 11-cr-00017-JAW-1)
US v. Armstrong
Appeal No. 12-1216
(Your No. 11-cr-00050-JAW-1)
(US Supreme Court No. 14-116)

Dear Clerk Berry:

Enclosed please find a copy of a letter to the United States Supreme Court regarding the above-referenced case.

Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

Thank you for your cooperation.

Sincerely,
Adam Sparrow
Case Manager
US Court of Appeals
for the First Circuit
(617) 748-9060

enc.

cc:
Gail Fisk Malone
Virginia G. Villa
Renee M. Bunker
Frank Todd Lowell
Margaret D. McGaughey

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

January 6, 2016

Supreme Court of the United States
Scott S. Harris, Clerk
1 First Street, NE
Washington, DC 20543

> Re:  US v. Voisine
> Appeal No. 12-1213
> US v. Armstrong
> Appeal No. 12-1216
> (Your No. 14-116)

Dear Clerk Harris:

I am writing in regard to the above-referenced case. Per your request, enclosed please find a certified copy of the First Circuit docket sheet for these appeals. All other filings are available electronically through PACER. There are no sealed or confidential pleadings in this case. By separate letter sent this date, the US District Court for the District of Maine was instructed to forward the original record to your office.

Kindly acknowledge receipt of this letter on the enclosed copy. If you should have any questions, please do not hesitate to contact me.

Sincerely,
Adam Sparrow
Case Manager
US Court of Appeals
for the First Circuit
(617) 748-9060

enc.

cc:
Gail Fisk Malone
Virginia G. Villa
Renee M. Bunker
Frank Todd Lowell
Margaret D. McGaughey

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 4, 2016

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  No. 14-10154   **Stephen L. Voisine and William E. Armstrong, III v.**
     **United States**
     (Your No. 12-1213, 12-1216)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me.  Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

By


Kevin C. Brown
Assistant Clerk
202-479-3013


cc:  Counsel of Record

endicia.com
endicia.com endicia.com endicia.com

$0.70⁵
US POSTAGE
FIRST-CLASS

071V00775761
04401
000024590

USMS
SCREENED

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
202 HARLOW STREET
BANGOR, MAINE 04401

OFFICIAL BUSINESS

FILED
IN CLERKS OFFICE

2016 JAN 11 PM 2 23

U.S. DISTRICT COURT
DIST. OF MAINE

John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

02210333003 C079